NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**POZEN INC.,**
*Plaintiff-Appellee,*

v.

**PAR PHARMACEUTICA, INC.,**
**and DR. REDDY'S LABORATORIES, INC.,**
*Defendants,*

*and*

**ALPHAPHARM PTY. LTD.,**
*Defendant-Appellant.*

---

2012-1023

---

Appeal from the United States District Court for the Eastern District of Texas in Consolidated Case No. 08-CV-0437, Judge Leonard Davis.

---

**JUDGMENT**

---

STEPHEN M. HASH, Vinson & Elkins LLP, of Austin, Texas, argued for plaintiff-appellee. With him on the brief were TRACEY B. DAVIES, WILLEM G. SCHUURMAN; JENNIFER LIBRACH NALL; and STEPHANIE LOLLO DONAHUE and REBECCA CANTOR, of New York, New York.

THOMAS J. PARKER, Alston & Bird LLP, of New York, New York, argued for defendant-appellant. With him on the brief was NATALIE C. CLAYTON.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, CLEVENGER, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 5, 2012
Date

/s/  Jan Horbaly
Jan Horbaly
Clerk